UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **VAN JENKINS**, <br><br> Plaintiff, <br><br> v. <br><br> **INTERNAL REVENUE SERVICE**, <br><br> Defendant. | **2:21-CV-12299-TGB-CI** <br><br><br><br> **JUDGMENT** |

The above entitled matter having come before the Court on a Prisoner Civil Rights Complaint and in accordance with the Memorandum Opinion and Order entered on September 7, 2022.

**IT IS ORDERED AND ADJUDGED** that:

(1): The Complaint is **DISMISSED WITH PREJUDICE FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED.**

(2) **IT IS FURTHER CERTIFIED** that any appeal would not be undertaken in good faith.

Dated at Detroit, Michigan: September 7, 2022

                 KINIKIA ESSEX
                 CLERK OF THE COURT

                 s/A. Chubb
                 Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE